02-11-103-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00103-CV 

 

 


 
 
 In the Interest of K.E.B., A Child
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 367th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

After
review of the reporter’s record of the trial court’s July 29, 2011 abatement
hearing and pursuant to appellant’s statement on record that he no longer
wishes to continue this appeal, it is the court=s
opinion that we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

 

                                                                             PER
CURIAM

 

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED:
 August 11, 2011









[1]See Tex. R. App. P. 47.4.